UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE ELLIS THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>J. SCHRAG,<br><br>    Defendant. | Case No. 19-cv-00016-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 7 |

Good cause appearing, plaintiff's motion for an extension of time to file his completed *in forma pauperis* ("IFP") application and an amended complaint is GRANTED. Plaintiff shall file his IFP application and amended complaint on or before **March 1, 2019**.

The Clerk of the Court shall send plaintiff a blank civil rights form along with his copy of this order. Plaintiff is advised that an amended complaint supersedes the original complaint. "[A] plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint." *London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981). Defendants not named in an amended complaint are no longer defendants. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

This order terminates Dkt. No. 7.

**IT IS SO ORDERED.**

Dated: 2/8/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge