UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE ELLIS THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. SCHRAG,<br><br>　　　　Defendant. | Case No. 19-cv-00016-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 21 |

Good cause shown, Defendant's request for an extension of time to file a dispositive motion is GRANTED. Dkt. No. 21. By **October 4, 2019**, Defendant shall file and serve a motion for summary judgment or other dispositive motion. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendant no later than 28 days from the date the motion is filed. Defendant shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 21.

**IT IS SO ORDERED.**

Dated: 8/6/2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge