UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE ELLIS THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>J. SCHRAG,<br><br>    Defendant. | Case No. 19-cv-00016-HSG<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME AS MOOT; GRANTING MOTION TO STAY; REFERRING CASE TO PRO SE MEDIATION PROGRAM; VACATING PENDING DEADLINES; ADMINISTRATIVELY CLOSING CASE**<br><br>Re: Dkt. Nos. 23, 24 |

Plaintiff, an inmate at California Medical Facility, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Pelican Bay State Prison ("PBSP") Officer Schrag regarding events that took place on January 29 and 30, 2018, while Plaintiff was housed at PBSP. Defendant Schrag reports that the parties are agreeable to attending a judicial settlement conference. Dkt. No. 24. Defendant Schrag requests that that this case be stayed and be referred to a magistrate judge to assist them in their settlement negotiations. *Id.* The Court GRANTS the request.

This case is hereby REFERRED to Magistrate Judge Robert Illman for settlement proceedings. Such proceedings shall take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within fifteen days of the conclusion of all settlement proceedings, shall file with the Court a report thereon. In view of the referral, further proceedings in this case are hereby STAYED. The Clerk shall ADMINISTRATIVELY CLOSE this case until further order of the Court.

In light of the referral, the dispositive motion deadline is VACATED. Plaintiff's request for an extension of time to file his dispositive motion is DENIED as moot. Dkt. No. 23.

This order terminates Dkt. Nos. 23, 24.

**IT IS SO ORDERED.**

Dated: 10/7/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge