1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE ELLIS THOMAS,

               Plaintiff,

      v.

J. SCHRAG,

             Defendant.

Case No.  19-cv-00016-HSG   (RMI)

**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

     A settlement conference was held on January 31, 2020, and the results of that proceeding are indicated below:

     (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

        ( X )  Plaintiff, Jamie Ellis Thomas, Pro Se

        (  )  Warden or warden's representative

        ( X )  Office of the California Attorney General, Ryan Gille and Jay Goldman

        (  )  Other:

     (2) The following individuals, parties, and/or representatives did not appear:

_____

     (3)  The outcome of the proceeding was:

        ( X )  The case has been completely settled.

        (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

        (  )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 2/6/2020

ROBERT M. ILLMAN
United States Magistrate Judge